FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

Mr Baleigh Green #357840

COMPLAINT

(Enter above the full name of the plaintiff in this action)

V.

Acting Dir Mr Osar Aviles
Med Dept Dir. Mr. Michael Dantico
Hudson County Corr. Facility

Civil Action No. _____

(To be supplied by the Clerk of the Court)

(Enter the full name of the defendant of defendants in this action)

---

## INSTRUCTIONS; READ CAREFULLY

1.   This complaint must be legibly handwritten or typewritten, signed by
the plaintiff and   subscribed to under penalty of perjury as being true and
correct. All questions must be answered concisely in the proper space on
the form.  Where more space is needed to answer any question, attach a
separate sheet.

2.   In accordance with Rule 8 of the Federal Rules of Civil Procedure, the
complaint should  contain (1) a short and plain statement of the grounds
upon which the court's  jurisdiction depends, (2) a short plain statement of
the claim showing that you are entitled to relief, and (3) a demand for
judgment for the relief which you seek.

3.   You must provide the full name of each defendant or defendants and
where they can be found.

4.   You must send the original and one copy of the complaint to the Clerk
of the District Court.  You must also send one additional copy of the
complaint for each defendant to the Clerk. Do not send the complaint
directly to the defendants.

5.   Upon receipt of a fee of $402.00 (a filing fee of $350.00, and an
administrative fee of    $52.00), your complaint will be filed.  You will be
responsible for service of a separate summons and copy of the complaint on
each defendant.  See Rule 4, Federal Rule of Civil Procedure.

6.    **If you cannot prepay the $402.00 fee**, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.    **If you are given permission to proceed in forma pauperis, the $52.00 Administrative Fee will not be assessed**. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

## QUESTIONS TO BE ANSWERED

1a.    Jurisdiction is asserted pursuant to (CHECK ONE)

    __✓__   42 U.S.C. §1983 (applies to state prisoners)

    ____   Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.    Indicate whether you are a prisoner or other confined person as follows:

    __ Pretrial detainee

    __ Civilly-committed detainee

    __ Immigration detainee

    __ Convicted and sentenced state prisoner

    __ Convicted and sentenced federal prisoner

    __ Other: (please explain)_____

2.    Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted, will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.    Parties to previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

b.    Court and docket number: _____

c.    Grounds for dismissal:  ( )    frivolous    ( ) malicious

( )    failure to state a claim upon which relief may be granted

d.    Approximate date of filing lawsuit: _____

e.    Approximate date of disposition: _____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.    Place of Present Confinement? _____

4.    Parties

(In item (a) below, place your name in the first blank and place your present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.    Name of plaintiff: Mr. Raleigh Green #357840

Address: 35 Hackensack Ave, Kearny NJ 07032

Inmate#: Mr. Raleigh Green #357840

b.    First defendant:

Name: Mr. Oscar Aviles

Official position: Acting Director

Place of employment: Hudson County ~~Jail~~ Dept. of Corrections

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that
violated your constitutional rights?)

Failing to Establish a Cov.d-19 Policy During this
Deadly Pamdemic and as a result created cruel and
unhealthy conditions in various ways. that put my
life and health at risk

c.    Second defendant:

Name: Mr. Michael Dantico

Official position: Head of MED. Dept.

Place of employment: Hudson County Dept of Corrections

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that
violated your constitutional rights?)

Failed to establish a covid-19 Politey During this
Deadly PanDemic and as a result created cruel
and unhealthy conditions in various ways that
put my life and health at risk.

d.    If there are more than two defendants, attach a separate
sheet. For each defendant specify: (1) name, (2) official
position, (3) place of employment, and (4) involvement of
the defendant.

5.  I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

    ✓ Yes       ___ No

    If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

    requested covid test from medical Dept. was tested
    a week later. Grieved my concern to Administration
    regarding inmates moving in Dorm Area without
    Being tested During Quarantine Response

    If your answer is "No," briefly explain why administrative remedies were not exhausted.

    _____
    _____
    _____
    _____

6.  Statement of Claims

    (State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Include also the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

    _____
    _____
    _____
    _____
    _____
    _____
    _____

7.    Relief

      (State briefly exactly what you want the Court to do for you. Make no
      legal arguments. Cite no cases or statutes.)

Provide any and all Damages Deemed Fit By the
courts for cruel conditions Health Issues, Mental
Conditions that Jepordize my life as well my
health Dealing with the spred of covid
I would like A MONATARY DEMAND OF 90.1790 OU THOUSAND Dollars.

_____
_____
_____
_____
_____
_____
_____
_____
_____

8.    Do you request a jury or non-jury trial? (Check only one)

( ) Jury Trial ( ) Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____ , 20___ ___

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT
HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF.
REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).

DNJ-ProSe-006-ProSePrisCvRghtsCmpFrm-STANDARD-(Rev.12-2020)                    Page 7

On 6-26-22 inmates from Cumberland County were moved into Dorm E-5-N. While is the Dorm I am in.

A few days later on 6-29-22. Mr. Angue Cuadrado #358159, one of the inmates that was put on the Dorm from Cumberland County "6-26-22". Was removed from the unit on 6-29-22 Due to a Positive test Result from Covid-19 which should of Been done on the day the walk in the Door.

the Unit was place on Quarantine 3 days later for 15 days.

On 7-5-22 Mr Cuadrado was placed back on the Unit without Being tested again. Once I knew this. I isk to talk to the Warren. But was told I had to ollow chain of Command. At this time the issue at hand 'ause a disturbance amongst the Dorm Inmates

And when addressing this to the Administration heir respond was "Classification Determination" which I till don't know what that mean.

So once again a couple of Days later. The mate that slept a bed away from me Mr. Ernest Ward d that was a bed away from inmate Mr. Cuadrado. Was eling sick and couldn't get out of Bed for a couple of ays. And when he did. And got tested on 7-6-22 He as also Positive for Covid-19. And removed from the orm E-5-N

A couple of days after that I started

feeling sick. And was sweating and body sore and short
of breath and couldn't get out of bed for 2 or 3 day
and once I did.

I saw a nurse that come to the Dorm E-5-N
to give out meds. And recieved a sick call slip. Because
us Being on Quarantine. We wasn't able to get to sick
call. We had _NO Movement_.

So I told Nurse Ms. Wint that, I
might have Covid. And she said here take this
Mertrin and go lay down. She said I look O.K.
But never tested me. Knowing it was sick people up
here etc.

Now once I seen I wasn't getting no help
from Medical etc.

I saw a _Sgt. Mr. Sgt Colorado_ And told
im what was going on. And that I needed to talk
to someone higher up like a _Warren_. To ask and to
ee why and what and how Do we Know to address
ur issues to about this Covid-19 rules and following
nd applying them for our safty.

I was told stay in my place. And the _Warren_
now what he is doing. And I need to stay in my place
nd go back to my Bed Area before I go to lock-up

So many words. I was about to be
nish for being sick. And for asking to talk to the
_arren_

And I had all signs of Covid-19. sweating,
eating, Body Sore, Short of Breathing etc. And still today

I am short of breath. I can't hold a whole sentence without having to stop for some air. And I will also show proof of other inmates & C.O's that had Cavid-19 that was in the same Dorm with me E-5-N

And due to the fact that I just had Kidney failer in Nov-2021 and my immune system was low, and at risk.

When my name came in front of the Medical Staff. I should of been tested. Knowing it is on my medical records here. That I have Kidney Problems.

It was no rules in place and if so they couldn't of been follow. Only thing they was good at was keeping us lock-down for Day. But being in a Dorm Area + is a 75% once one person get a cold 5 to 10 more of us going to catch that cold.

So things should of been differnt up here.

I feel and still do feel like my life & health wasn't taken serious into matter like I should of had been. And the fact that my immune system was low etc. Things should of been handle more better. Still until today it is hard for me to Breath.

And I will enclose this with name of other inmates & CO's that had Covid-19 and as on the Dorm E-5-N with me.

And most of us was in contact with

each other with in a month or two Also two 2 C·O's gotten sick with Covid -19 from working on the Dorm E-5-N

1 Mr. Angue Cuadrado # 358159 - 6-29-22
2 Mr. Ernest Ward                    7-6-22
3 C·O· Mr. Figurea                   7-14 - 7-25
4 C·O· Mr.    same ground time       7-14 - 7-25
5 Mr. Carlos Cruz                    8-3-22
6 Mr. Tavone Kirkland                2-3-22
7 Mr. Sharif Abdullah                8-8-22
8 Mr. Mike Prather                   8-8-22
9 Mr. Nathan Vingi                   8-8-22


          Just so you can get a picture
of the people that I was in contact with
at the time I had Covid-19