NOWELL, P.A.
155 Polifly Road
Hackensack, New Jersey 07601
201-343-5001
By: Bradley M. Wilson, Esq. (ID No. 030711979)
Attorney for Defendant, Oscar Aviles

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| RALEIGH GREEN<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR, OSCAR AVILES, et al.<br><br>Defendants. | Civil Action No. 23-3111 (SDW-MAH)<br><br>Notice of Motion<br>to Dismiss Plaintiff's Complaint<br>Pursuant to Rule 12(b)(6) |
|---|---|

To:   Mr. Raleigh Green
      481 Bergen Avenue
      Jersey City, NJ 07304

**PLEASE TAKE NOTICE** that on January 2, 2024, at 9:00 a.m. or as soon thereafter as counsel may be hears, defendant, Oscar Aviles, by and through his retained counsel, Bradley M. Wilson, Esq., will move before the Honorable Susan D. Wigenton, United States District Court Judge, located at the Martin Luther King Jr. Federal Courthouse, 50 Walnut Street, Newark, New Jersey, for an order dismissing plaintiff's complaint against defendant OSCAR AVILES for failure to state a claim on which relief may be granted, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

A Proposed form of Order is submitted herewith.

Please take further notice that oral argument is waived unless opposition to this motion is filed.

                              **NOWELL, P.A.**

                              By: _____
                                  Bradley M. Wilson, Esq.
                                  Attorney for Defendant, Oscar Aviles

Dated:  December 5, 2023