# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RALEIGH GREEN,**<br><br>Plaintiff,<br><br>v.<br><br>**DIRECTOR OSCAR AVILES, et al.,**<br><br>Defendants. | Civil Action No. 23-3111 (SDW-MAH)<br><br>**ORDER** |

This matter comes before the Court *sua sponte* upon *pro se* Plaintiff Raleigh Green's failure, within the 30-day period provided in the Report and Recommendation of United States Magistrate Judge Michael A. Hammer (ECF No. 23), adopted by this Court on March 25, 2024 (ECF No. 24), to apply to reopen this matter and show good cause for his failure to prosecute.

**IT IS THEREFORE** on this  13th  day of  May  2024,

**ORDERED** that the Clerk shall reopen this matter solely for entry of this Order; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(b); and it is further

**ORDERED** that the Clerk shall serve a copy of this Order on Plaintiff by regular U.S. mail and shall close the file.

_____
Hon. Susan D. Wigenton,
United States District Judge